1801.

## JORDAN *against* MEREDITH.

*Monday,*
*December*
*28th.*

A SUFFICIENT number of special jurors not appearing in this cause, a *tales* was awarded; whereupon the trial proceeded, and the jury found a verdict for the plaintiff. A motion for a new trial was then made by *M. Levy* for the defendant, upon the ground that one of the jurors who had been struck from the special jury list by the defendant was sworn as a talesman and tried the cause; which circumstance he argued was a sufficient ground for a new trial, although the verdict might in other respects be satisfactory to the court. He cited *Parker* v. *Thornton* (*a*), and *Hungate* v. *Hamond* (*b*). But

*If a juror is struck from the special jury list, and then sworn as a talesman with the knowledge of the party who struck him off, he cannot on that account object to the verdict.*

The COURT being satisfied that the error was known to the defendant at the time it was committed, he himself having struck the juryman from the list, thought the objection came too late, and refused a Rule.

(*a*) 2 *Ld. Ray.* 1410.          (*b*) *Cro. Eliz.* 188.